Todd Blanche
Attorney General of the United States
Brandon L. Pang
Assistant United States Attorney
Eastern District of Washington
825 Jadwin Avenue
Richland, WA, 99352
Telephone: (509) 353-2767

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
NOV 04 2026
SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

JESUS DARIO AQUINO-MARTINEZ,

Defendant.

4:26-CR-6042-MKD

INDICTMENT

Vio: 8 U.S.C. § 1326
Alien in the United States After Deportation

The Grand Jury charges:

On or about October 21, 2026, the Defendant, JESUS DARIO AQUINO-MARTINEZ, a citizen and national of Mexico, who had theretofore been denied admission, excluded, deported and removed from the United States on or about September 26, 2012, at Calexico, California, on or about June 6, 2017, at San Ysidro, California, on or about June 15, 2017, at San Ysidro, California, on or about June 17, 2017, at San Ysidro, California, and on or about July 30, 2021, at Brownsville, Texas, was found in the United States, in the Eastern District of Washington, and he did not have the express consent of the Attorney General, or the Attorney General's successor, the Secretary of the Department of Homeland

Security (6 U.S.C. §§ 101, 202(3) & (4), 402, 557), to reapply for admission into the United States, all in violation of 8 U.S.C. § 1326.

DATED this 4 day of November, 2026.

[redacted]

Todd Blanche
Attorney General

Alison Gregoire
Criminal Chief

for

Brandon L. Pang
Assistant United States Attorney